**FORM 9**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 09-64513 |
| | : | |
| Matthew J. Neuherz | : | Chapter 7 |
| | : | |
| | : | Judge Hoffman |
| Debtor(s) | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $5.12 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Knightsbridge Int. Med & Cardiology<br>Meade & Associates<br>737 Enterprise Dr.<br>Westerville, Ohio 43081 | 13 | $2.46 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>PO BOX 530<br>Columbus, Ohio 43216 | 12 | $2.66 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $5.12 | $ |

Dated: September 9, 2010  Case Trustee: /s/Christal L. Caudill
Christal L. Caudill
2130 Arlington Ave.
Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215